# United States Court of Appeals
## For the First Circuit

No. 01-2671

IVP PHARMACEUTICAL CARE, INC.,

Plaintiff, Appellant,

v.

TUFTS ASSOCIATED HEALTH PLANS, INC.,

Defendant, Appellee.

APPEAL FROM THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

[Hon. Morris E. Lasker,[*] U.S. District Judge]

Before

Boudin, Chief Judge,
Bownes, Senior Circuit Judge,
and Lipez, Circuit Judge.

Geoffrey S. Harper, with whom Lawrence K. Kalodney, Fish & Richardson P.C. were on brief, for appellant.

James J. Marcellino, with whom Greg A. Friedholm and McDermott, Will & Emery were on brief, for appellee.

August 12, 2002

---

[*]Of the Southern District of New York, sitting by designation.

**PER CURIAM**.  We affirm.  The district court has written a comprehensive extensive opinion which correctly states the relevant contract law of Massachusetts.  There is no point in restating what the district court has already said clearly and correctly.  We, therefore, adopt the district court opinion.